KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
LORENA FABELA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. John A. Houston)

| UNITED STATES OF AMERICA, | ) | Case No. 16-CR-2496-JAH |
|---|---|---|
| Plaintiff, | ) | JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING |
| v. | ) | |
| LORENA FABELA, et. al. | ) | |
| Defendants. | ) | DATE: 9/18/17 @ 8:30 am COURTROOM 13B |

The parties to the instant case, by and through their attorneys, hereby move the Court for an Order continuing the sentencing hearing scheduled for September 18, 2017 at 8:30 a.m. to January 22, 2018 at 8:30 a.m.

Defense counsel has spoken to the surety and he does not oppose the request. Defendant will file an acknowledgment to appear on this new date, and the surety's written consent can be filed if the Court requires.

Given the length of this requested continuance, no further requests will be made absent extraordinary circumstances. She will be requesting a self surrender date at the

///
///
///
///
///
///

time of sentencing.

                                              Respectfully Submitted,

Dated: September 5, 2017              /s Keith H. Rutman
                                              KEITH H. RUTMAN
                                              Attorney for Defendant
                                              LORENA FABELA
                                              Email:  krutman@krutmanlaw.com

Dated: September 5, 2017              s/Carlos Arguello
                                              CARLOS ARGUELLO
                                              Assistant U.S. Attorney
                                              Email: Carlos.arguello2@usdoj.gov

## SIGNATURE CERTIFICATION

Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

Dated: September 5, 2017              s/ Keith H. Rutman
                                              KEITH H. RUTMAN
                                              Attorney for Defendant
                                              LORENA FABELA
                                              Email:  krutman@krutmanlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 5, 2017 I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of California, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

Dated: September 5, 2017

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
LORENA FABELA
Email:  krutman@krutmanlaw.com